Deborah J. **SCHLAGLE, Respondent,**

v.

Ronald L. **SCHLAGLE, Appellant.**

**No. WD 65959.**

Missouri Court of Appeals,
Western District.

June 6, 2006.

John J. Hager, Kansas City, for Appellant.

Jeffrey S. Royer, Blue Springs, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Ronald L. Schlagle appeals the circuit court's denial of his Motion to Modify a Qualified Domestic Relations Order (QDRO). We affirm. Rule 84.16(b).